IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRANDON MORANT,** | : | |
| Petitioner | : | No. 1:21-cv-01105 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **WARDEN R. THOMPSON,** | : | |
| Respondent | : | |

**ORDER**

AND NOW, on this 27th day of September, 2022, upon consideration of the petition (Doc. No. 1) for writ of habeas corpus, and for the reasons set forth in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The petition (Doc. 1) for writ of habeas corpus is **DENIED WITH PREJUDICE**; and

2. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
